# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Stacy: Serrano Bey - in full life, pro se, ucc 1-207/1-308, 1-103

C/o 1634 Robbins Avenue #A

[Philadelphia, Pennsylvania Republic [19149]]

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

1) (LATTANZIO?) MUVHA BADGE/ID# 14417

2) KELBLE BADGE/ID# 11278

3) FURGUSON BADGE/ID# 10476,

4) CORPORAL ROGERS BADGE/ID# 10661,

5) CORPORAL STINE BADGE/ID# 10738,

6) STATE TROOPER ASSOCIATION,

7) PHILADELPHIA HIGHWAY PATROL (name/badge

REC'D AUG 11

## COMPLAINT

Jury Trial:  ☒ Yes   ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Stacy: Serrano Bey |
| | Street Address | c/o 1634 Robbins Avenue #A |
| | County, City | Philadelphia |
| | State & Zip Code | Pennsylvania 19149 |
| | Telephone Number | 267-367-7055 |

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name **(LATTANZIO?) MUVHA BADGE/ID# 14417**
Street Address **2201 Belmont Avenue**
County, City **Philadelphia,**
State & Zip Code **Pennsylvania 19131**

Defendant No. 2   Name **KELBLE BADGE/ID# 11278**
Street Address **2201 Belmont Avenue**
County, City **Philadelphia,**
State & Zip Code **Pennsylvania 19131**

Defendant No. 3   Name **FURGUSON BADGE/ID# 10476**
Street Address **2201 Belmont Avenue**
County, City **Philadelphia,**
State & Zip Code **Pennsylvania 19131**

Defendant No. 4   Name **See Attached Exibits**
Street Address **2201 Belmont Avenue**
County, City **Philadelphia,**
State & Zip Code **Pennsylvania 19131**

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions   ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **The Contstitution for the United States of America 4th Amendment Rights on searches and seisure, 5th Amendment rights on Due Process, 42 USC 1983 on Conspiracy against rights. Falsification of Documents and Material Facts, and Harassment, threat, and causing bodily and menatal harm.**

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Northbound I-95 at mile marker 19.8 Philadelphia**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **September 29th, 2021 at or arround 9 pm - 10:30 pm**

[What happened to you?]

C.  Facts: **On September 29th, 2021 at about 09:00 pm -10:30 pm, my nephew and I was traveling North on I-95. I noticed a Ford Explorer SUV, possibly black or grey in color, that read "STATE TROOPER" on the side of** ~~the vehicle, driving on the left side of my automobile, a private automobile conveyance. The SUV drop back and~~ **got in the back of me momentarily then sped up on my left side, passed me in pulled over up the road on left in** ~~between two orange cones. When I passed by I noticed in the rear mirror, the Police SUV pulled back into traffic,~~ **came up behind me then turned on the emergency lights. I told my nephew call 9-1-1 tell them I am being unlawfully pulled over. When the Police SUV pull back up on my left side, his passenger window shouted pull over, I told him 911 is on the phone. I don't want to obstruct traffic I will pull off exit where its safe.**

**I'm not sure why he dropped back behind me, and then sped back up on my left side, window but this time had something dark pointed out the window, I told my nephew thats not a taser. I asked are you threatening me and** ~~the State Police man in the passenger seat shouted "Yes I'm threatening you!" I pulled over on the right~~

[Who did what?]

**emergency shoulder. I handed my paperwork to one of the State Police men. After he review my paper work it was giving back to me followed by a statement by one of the Police men, "your paper work is fine, but we still have to take your car". The Supervisor on the Scene snatched my door open, grabbed my left shoulder pulling me from the automobile, shouting don't move, stop resisting, in which I replied I'm not moving!!! My nephew and I was detained,** ~~he was taking off the exit and release at a Shopping Plaza, while I stood standing in lights for about 40 mins or so~~ **with handcuffs cutting of my circulation in which they were made aware of several times. I was also told I'm not being arrested kust detained, I replied a detainment is an arrest. After stealing my automobile and putting a fraudulent driver operating the vehicle on the peperwork that night I was taking to the Shopping Plaza, un-handcuff, release where I**

[Was anyone else involved?]

**met up with Marquise my nedphew.**

**Please see attachment(s) and exhibit(s) for more information and document(s)**

[Who else saw what happened?]

Rev. 10/2009                    - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

~~The intentional infliction of emotional distress is going on. I know I need treatment but don't know where to~~ turn for treatment. I have Mental distress, Impact on Daily Functioning, Anger and Hostility, Loss of Faith in the Justice System, Social Isolation and Stigmatization, Anxiety and Depression, Distrust and Fear of Authority Figures, Post-Traumatic Stress Disorder (PTSD)

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

**WHEREFORE, Plaintiff Stacy Bey seeks relief as follows:**
A declaratory judgment that the seizure of the plaintiff's automobile, the detainment, restraining with handcuffs, harassing, ~~and threatening of the plaintiff violated his clearly-established constitutional rights under the United States Codes~~ and under the Fourth, fifth, and Fourteenth Amendments to the United States Constitution;

(b) An award of compensatory damages against defendants jointly and severally, in an amount to be determined by the court at the trial, for damages suffered in the form of diminished personal and professional reputation;  physical ~~pain and suffering, including medical treatment and expenses thereof; psychological and emotional injury; degra~~dation, humiliation, mental anguish, suffering, and embarrassment; and other associated expenses;

(c) Pursuant to 42 U.S.C. § 2000aa-(6)(a) and (f), an award against the defendants jointly and severally of actual damages, in an amount to be determined by the court at trial, as suffered by the plaintiff  as a result of the unlawful seizure of his ~~automobile;~~

(d) Punitive damages in an amount to be determined by the court at trial;

(e) Injunctive relief (i) directing the defendants and/or the county to develop and implement, with the Court's oversight, a ~~comprehensive and effective policy to protect the~~ Amendment rights of the people including appropriate training and procedures to test the effectiveness of that policy on the ground and to discipline appropriately those who breach it; (ii) directing defendants to release Plaintiff's tags and all of Plaintiff's property seized by them.

(f) Pursuant to 42 U.S.C. §§ 1988 and 2000aa-6(f), an award of the costs and expenses of filing and pursuing this action, ~~including reasonable attorney's fees; and (h) Such other relief that this Court may deem just, proper, and appropriate.~~

**Respectfull submitted,**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __August__, 20_23_.

Signature of Plaintiff: _[signature] Without Prejudice VCC1-207/1-308/1-103_
Mailing Address: _C/O 1634 Robbins Avenue #A Philadelphia, Pennsylvania [19149]_
Telephone Number _267-367-7055_
Fax Number (if you have one) _____
E-mail Address _Clients@stacybey.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this __11__ day of __August__, 20_23_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _[signature] Without Prejudice VCC1-308/1-207/1-103_
Inmate Number _____

  

## Moorish National Republic Federal Government
### ~ Societas Republicae Ea Al Maurikanos ~
**Moorish Divine and National Movement of the World**
Northwest Amexem / Southwest Amexem / Central Amexem /
Adjoining Atlantis and Americana Islands
~ Temple of the Moon and Sun ~
The True and De Jure Natural Peoples – Heirs of the Land
~ I.S.L.A.M. ~

**testimony in the form of an affidavit**
**Notice to agent is notice to principal, notice to principal is a notice to agent**
**Monday, October 4, 2021**

**Statement of facts:**

**Point 1.** I am Stacy: serrano bey© being duly sworn, or having duly affirmed, to tell the truth, stated personally to the best of my knowledge so help me god.

**Point 2.** On September 29th, 2021 at around 10:30 or 11 pm, my nephew was traveling north on 95.

**Point 3.** I noticed a FORD EXPLORER maybe black and grey in color that read STATE TROOPER on the side of the VEHICLE DRIVING on the left side of my private automobile conveyance.

**Point 4.** Then the STATE TROOPER DRIVING the FORD SUV went up a few cars ahead and then pulled off the road to the left shoulder in between cones, I notice his brake lights was still on,

**Point 5.** When I passed by the TROOPER that standing off to the side in his AUTOMOBILE I watched him pull back out into the traffic from my rearview mirror. The TROOPER turn on his blue lights to pull me over.

**Point 6.** i immediately turned on my 4-way flasher, slowed down the speed of my conveyance, and told my nephew to call 911 and tell them we are being pulled over un-lawfully and we will travel to the exit and pull over when it's safe to do so.

**Point 7.** Wow, the 911 call taker is on the phone, and at that time the STATE TROOPER is recklessly DRIVING on the left side of my conveyance.

**Point 8.** My window is down, his window is down and he has a partner that is shouting "Pull over violently" Then I say "I don't want to obstruct traffic, my hazards are on I'm driving slow" (basically not fleeing).

**Point 9.** The TROOPER then gets behind me and then speeds up recklessly back on my left side with his window open again but this time.

**Point 10.** the TROOPER's partner has something dark in his hand shouting "Pull over now", I tell my nephew "That ain't no taser:" I say to the TROOPER "Are you threatening me and he says "Yes I'm threatening you"!

**Point 11.** I say "I'm pulling over" and pull over maybe 1/4 mile from the Washington Boulevard exit.

**Point 12.** When the two TROOPERS approached both sides of my private auto conveyance I was told they pulled me over because my tags weren't registered to PENNSYLVANIA.

**Point 13.** i said, "What is your probable cause and who is the injured party".

  

**Moorish National Republic Federal Government**
∽ ~ **Societas Republicae Ea Al Maurikanos** ~ ∽
Moorish Divine and National Movement of the World
Northwest Amexem / Southwest Amexem / Central Amexem /
Adjoining Atlantis and Americana Islands
∽ ~ Temple of the Moon and Sun ~ ∽
The True and De Jure Natural Peoples – Heirs of the Land
∽ ~ I.S.L.A.M. ~ ∽

**Point 14.** one of the TROOPERS then said "My probable cause is your tags weren't registered to the STATE OF PENNSYLVANIA", I said that is a "CORPORATION!" and "get me a supervisor".

**Point 15.** the TROOPER said, "he is on his way, that was him that passed on the other side, he will be pulling up shortly".

**Point 16.** While waiting for the so-called supervisor several documents were handed to the POLICY ENFORCER bonded together by a staple;
the first sheet of the bonded instrument is the color of the law sheet.

1 of 12 UCC3 receipt of amendment financing statement - amendment collateral file number # 2020-058-6375-3.

2 of 12 UCC financing statement AMENDMENT sheet p.1.

3 of 12 UCC financing statement AMENDMENT sheet p2.

4 of 12 allodial-lodial ownership common law registration to the trust - aa222-141 truth a-1 permanent character, also known publicly by all federal and state laws *see title 22 chapter 2 section 141, repealed 143 around 1954.*

5 of 12 written undertaking/surety bond - financial responsibility p1.

6 of 12 written undertaking/surety bond - financial responsibility p2.

7 of 12 images of Moorish plate with plate number mdnm2012-436 recorded in Broward County Florida recorders office instrument# 112976038.

8 of 12 Bill of sale from S&W AUTO GLASS selling automobile to the trust StacyBey© for the amount of 1800 USD notes on 2-25-20.

9 of 12 copies of the title front.

10 of 12 copies of the title back.

11 of 12 NORTHEASTERN TITLE LOAN title release letter 2-25-2020.

12 of 12 PENNSYLVANIA FINANCIAL RESPONSIBILITY CARD active.

**Point 17.** before the so-called supervisor pulled up on the scene one of the TROOPERS gave me back my documents and said "Your paperwork is good and you have insurance but we have to take your car because you didn't register the car to the STATE OF PENNSYLVANIA. Armed robbery with the intent to do bodily harm, grand theft, and kidnapped, and fraud.

**Point 18.** When the so-called supervisor pulled up and walked up to the left side of my private auto conveyance "he said step out of the car", I said, "Why do I need to get out of the car?"

**Point 19.** The so-called supervisor then reached out gripped my door handle and open my door, grabbed me, and said get out of the car!!!

**Point 20.** After i stepped out of the car then all of the POLICY ENFORCERS/STATE TROOPERS/HIGHWAY PATROL MEN laid hands on me.

  

**Moorish National Republic Federal Government**
∽ ~ **Societas Republicae Ea Al Maurikanos** ~ ∽
Moorish Divine and National Movement of the World
Northwest Amexem / Southwest Amexem / Central Amexem /
Adjoining Atlantis and Americana Islands
∽ ~ Temple of the Moon and Sun ~ ∽
The True and De Jure Natural Peoples – Heirs of the Land
∽ ~ I.S.L.A.M. ~ ∽

**Point 21.** my chest was shoved against the side back window of my private conveyance and once again threatened but this time with the word "Don't move, stop resisting."

**Point 22.** i said "I'm not moving" and "If you are towing the car why am being arrested?'

**Point 23.** One of the POLICY ENFORCERS/STATE TROOPERS/HIGHWAY PATROL MEN said "you are not being arrested, you are being detained".

**Point 24.** I said, "A detainment is a custodial arrest, you are stopping my movement."

**Point 25.** i stood for maybe 43 minutes steering into bright flood lights attached to their beacon in front of their POLICY/POLICE/HIGHWAY MEN SUV cruiser with excruciating pain inflicted by the tight handcuffs that i ask them several times to loosen and take off.

**Point 26.** The tow truck that pulled up to tow the car was from PHILADELPHIA PARKING AUTHORITY. Grand theft, falsification of documents, and fraud see usc 1001.

**Point 27.** TROOPER put all documents received in the name of the prior owner of the automobile and listed her clearly on documents as the OPERATOR of the MOTOR VEHICLE in which he lied under oath.

**Point 28.** Finally, I was put into the back seat of the TROOPER's SUV and taken to the RIVERVIEW PLAZA parking lot not far from the Washington Boulevard freeway exit, then released.

**Point 29. on** September 30th, 20021 at approximately 1:30 to 2:30 pm i called the PPA and requested to talk to a supervisor to which the man on the phone replied I am a supervisor, what can I do for you?

**Point 30.** i explained to him in brief detail that the auto-conveyance stolen/impounded is my private property that has a UCC financial statement commercial lien and it's not in your jurisdiction.

**Point 31.** the unidentified supervisor then says "There is a lien holder on that car that has to be satisfied, the name of the lien holder is NORTHEASTERN …

**Point 31.** i stopped him with my words "… TITLE LOAN at 103 Naamans Road?" i then tells him "I have the receipt paid and satisfied." ( the unnamed supervisor was using fraudulent conveyance of languish and conspiracy, which is again fraud and slavery - forced compliance to contracts not held. see18 USC 3571).

**Point 32.** I arrived at 6:30 - 7 pm not really sure about the time i got there at the PHILADELPHIA PARKING AUTHORITY (PPA) lot number 1, where I stood unnecessarily for about 40 minutes.

**Point 33.** Finally, i get up to the window, speak with the supervisor Kinardi 57P # KS651 and handed him my documentation and he immediately starts to scan my papers in a scanner-type device.

**Point 34.** i was told several times that my paperwork showed ownership, but the police have towed the car with a live stop, meaning i need a court order to release the car. (once again unlawful and without probable cause or a certified warrant).

  

**Moorish National Republic Federal Government**
**෴ ~ Societas Republicae Ea Al Maurikanos ~ ෴**
Moorish Divine and National Movement of the World
Northwest Amexem / Southwest Amexem / Central Amexem /
Adjoining Atlantis and Americana Islands
෴ ~ Temple of the Moon and Sun ~ ෴
The True and De Jure Natural Peoples – Heirs of the Land
෴ ~ I.S.L.A.M. ~ ෴

**Point 35.** i replied, "A court order to release an automobile that didn't uses a court order for you to take it?"

**Point 36.** then Kinardi replied "Go down to traffic court to have the automobile released" and i said, "TRAFFIC COURT is not even constitutionally sanctioned to even hear or rational an argument". no problem this matter will be litigated in an Article 3 court of law.

**Point 31.** After requested, Kinardi allow me to get my personal things out of the private conveyance held in trust with a commercial lien (securities) and stolen from the trust, and from me as well.

i stacy: serrano bey© competent in propria persona, full life under the law to give this testimony in the form of an affidavit and unless stated have personal knowledge of the facts stated herein:

*[signature: Stacy Bey© with red thumbprint]*

All Rights Reserved, ucc1-207/1-308

# Live Stop Towing Report — PENNSYLVANIA STATE POLICE

**INCIDENT NUMBER:** PA21-132428
**K 0 1 -**

| Field | Value |
|---|---|
| DAY | Wednesday |
| DATE (MM-DD-YY) | 09/29/21 |
| TIME | 2106 HRS |
| ZONE | |
| LOCATION VEHICLE TOWED FROM | I-95 Northbound at mile marker 19.8 |
| STATE | PA |
| PLATE | |
| VIN | 1GKDT13S962742719 |
| YEAR | 2006 |
| MAKE | GMC |
| TYPE/COLOR | RED |
| MODEL | ENVOY |
| VEHICLE OWNER'S NAME | Shemail Valdez WILLIAMS |
| VEHICLE OWNER'S ADDRESS | 2406 ELMWOOD AVE FL 1st |
| CITY | Philadelphia |
| STATE | PA |
| ZIP | 19153 |
| OPERATOR'S NAME | Shemail Valdez WILLIAMS |
| DOB | 08/04/1922 |
| OPERATOR'S ADDRESS | 2406 ELMWOOD AVE FL 1st |
| CITY | Philadelphia |
| STATE | PA |
| ZIP | 19153 |
| PA OLN | 23806990 |
| STATE ISSUED | PA |

## LIST ALL ISSUED CITATIONS

| | CODE | DESCRIPTION | AMOUNT | CITATION NUMBER |
|---|---|---|---|---|
| ☑ | 1301-A | Unregistered Vehicle | $ | PBV6823RW2 |
| ☐ | 1371-A | Registration Suspended | $ | |
| ☐ | 1501-A | Unlicensed Driver | $ | |
| ☐ | 1543-A | License Suspended | $ | |
| ☐ | 1574-A | Permitting Unauthorized Person to Drive | $ | |

**PRINTED NAME/SIGNATURE OF POLICE OFFICER:** TPR LATTANZIO
**BADGE #:** 14417
**STATION:** K01 Philadelphia

Damage noted? ☐ Yes ☐ No

WHITE COPY - TOW OPERATOR    YELLOW COPY - STATE POLICE    PINK COPY - CITIZEN

02-46A (Rev. 7/13)

... ...... ...... .... ..... a plea if you cannot afford to pay the Total Due as specified on this traffic citation, or the $50.00 collateral.
   OR
d. PLEAD GUILTY by notifying Philadelphia Municipal Court, Traffic Division in writing, signing the appropriate plea below, and forwarding amount equal to the Total Due as specified on this Traffic Citation.
   OR
e. PLEAD GUILTY by appearing before the Judge/Hearing Officer if the Total Due is not specified or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 PA.C.S.§1543(b) (Driving while operating privilege is suspended or revoked)
2. If you fail to respond as specified within TEN (10) days, an administrative fee of $25.00 will be imposed.
3. **If within 10 days of receipt of this citation you enter a guilty plea and pay the fine and costs indicated on this citation, the summary trial will be cancelled.**
4. If you are charged with a violation of 75 Pa.C.S. § 1543 or any other violation that provides for the imposition of a prison sentence, you must appear on the above date with counsel.
5. If you fail to appear for trial, the trial may be held in your absence and you may be found guilty.
6. If you plead guilty or are found guilty, points may be assessed against your driver's record. The collateral deposited will be forfeited and applied toward your fines and costs.
7. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to: 75 Pa. C. S. § 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of 75 Pa. C. S. § 1501, a violation of Pa. C. S. § 3361 when occurring in an active work zone and a accident report is submitted by the police, and a violation of 75 Pa. C. S. § 3362 when occurring in an active work zone.
8. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified will result in the suspension of your driver's license and the issuance of a summons or a warrant for your arrest.
9. If you have been charged with a violation of a local ordinance, failure to respond within the time specified will result in the issuance of a summons.
10. If you are found guilty by a Judge/Hearing Officer, or plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial de novo in the Philadelphia Court of Common Pleas.
11. If you are disabled and require assistance to attend court, please contact Philadelphia Municipal Court, Traffic Division at (215) 686-1675.
You shall not be convicted of certain violations under the Vehicle Code (title 75) if you present the appropriate documentation to the Police Liaision Officer at the Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA, between 9:00 a.m. and 2:30 p.m., Monday through Friday as follows:
a. within FIVE (5) CALENDAR DAYS of a violation of § 1301 - Registration and certification of title required, § 1311 - Registration card to be signed and exhibited on demand, or § 1786 - Required proof of financial responsibility, or § 6308 - Police Investigation (registration or insurance)
b. within FIFTEEN (15) CALENDAR DAYS of a violation of § 1501 - Drivers required to be licensed, or § 1606 - Requirement for commercial driver's license.
c. within FIFTEEN (15) CALENDAR DAYS of demand by a police officer for a violation of § 1511 - Carrying and exhibiting driver's license on demand, or § 6308 - Police Investigation (license).

Explanation of Terms: - E.M.S for Emergency Medical Services; SURCHARGE - Pursuant to 75 Pa.C.S. §§ 3345 (J) and 6506
J.C.P./A.T.J. - for the Judical Computer Project/Access To Justice. P.P.A. SURCHARGE - Pursuant to Title 75 § 6506 (a)(5)

AOPC 406-95 (Rev. 12/20)

------------------------------------ cut across dotted line if responding by mail and completed this portion of the traffic citation ---------------

**INSTRUCTIONS FOR RESPONSE BY INTERNET OR MAIL**

**INTERNET RESPONSE:**
You may file a plea, post collateral or pay outstanding fines through the First Judicial District of PA's website. To utilize this option, please access the Traffic Division Citation Payment System at http://courts.phila.gov for more information.
**MAIL RESPONSE:**
(1) Complete and return this portion of this traffic citation with your signature on the appropriate plea line.
(2) if you PLEAD NOT Guilty, your check or money order for collateral must be in the amount reported as Total Due plus $9.00 costs. If the Total Due is not specified, your check or money order for collateral must be in the amount of $50.00. Your trial date and time have been scheduled above.
(3) If you PLEAD GUILTY, enclose a check or money order in the amount reported as Total Due. Failure to remit the full amount may result in the issuance of a warrant for your arrest. A notice will be sent to you if the hearing is cancelled due to your Guilty Plea.

Please make a copy of the entire traffic citation for your records before mailing this portion.
  **Make check or money order payable to:**
  **PHILADELPHIA MUNICIPAL COURT, TRAFFIC DIVISION**

Place this portion of the traffic citation and your check or money order in an envelope and mail to:   **Philadelphia Municipal Court**
   **Traffic Division**
   **800 Spring Garden Street**
   **P.O. Box 56301**
   **Philadelphia, PA 19130-6301**

I understand the notice and my rights and responsibilities. Further, I represent that I make this plea knowingly, voluntarily and intelligently.

I plead NOT GUILTY and will appear for the Summary Trial as scheduled on this

Traffic Citation _____
                              Signature

I plead GUILTY _____
                              Signature

Failure to indicate a plea when forwarding an amount equal to the Total Due will result in a guilty plea being recorded

| WILLIAMS | SHEMAIL | PBV68ZR3RW2 | | |
|---|---|---|---|---|
| 7406 ELMWOOD AVE FL 1ST | | PHILADELPHIA | PA | 19153 |
| TPR   LATTANZIO | 09/29/2021 | Machine Name   SPSMCDK109 | | |

**COMMONWEALTH OF PENNSYLVANIA**
Philadelphia Municipal Court
Traffic Division
800 Spring Garden Street
P.O. Box 56301
Philadelphia, PA 19130-6301
(215) 686-1675



# TRAFFIC CITATION

CITATION NO. **PBV68ZR3RW2**
ISSUED **09/29/2021**

| Field | Value |
|---|---|
| Defendant's First Name | SHEMAIL |
| Middle Name | VALDEZ |
| Last Name | WILLIAMS |
| Suffix | |
| Race | UNKNOWN - U |
| Driver's Number | 23806990 |
| State | PA |
| CDL | NO |
| Sex | M |
| Defendant's Street Address | 7406 ELMWOOD AVE FL 1ST |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19153 |
| D.O.B | 08/04/1972 |
| Ethnicity | UNKNOWN - U |

**PRIMARY VEHICLE** — Model Yr. 2006, Make GMC, Style STATION WAGON - SUV, Color RED

**Owner/Lessee or Carrier:** WILLIAMS, First Name SHEMAIL, Middle VALDEZ
**Owner Street Address:** 7406 ELMWOOD AVE FL 1ST, City PHILADELPHIA, State PA, Zip 19153

**Charge:** REGISTRATION AND CERTIFICATE OF TITLE REQUIRED
**Nature of Offense:** OPERATED VEHICLE WITH PA REGISTRATION EXPIRED WITHIN 60 DAYS
TITLE 75, Section 1301, Subsection A

| Fee | Amount |
|---|---|
| FINE | $25.00 |
| EMS | $20.00 |
| SURCHARGE | $45.00 |
| COSTS | $42.00 |
| J.C.P./A.T.J | $22.00 |
| P.P.A. Surcharge | $10.00 |
| **Total Due** | **$164.00** |

Offense Date: 09/29/2021  Time: 09:06 PM  Day: WEDNESDAY
Comm. Veh.: NO  Juvenile: NO  Filed on Info. Rec'd: NO  Lab Serv. Requested: NO
CAD/CASE No.: PA 2021-1324128  Weather Conditions: NO ADVERSE CONDITIONS
Location: ON I-95 NORTHBOUND AT MILE MARKER 19.8
Route: 0095  Dir. of Travel: NORTH  County: PHILADELPHIA  Twp-Boro-City: PHILADELPHIA CITY  District of Iss: 53
Stopped By: MARKED  Observed By: MARKED
Identification Source: NON-DRIVER'S LICENSE
Selective Enf.: NO

**Confidential Information:** ABOVE DEFENDANT OPERATED ABOVE VEHICLE WITHOUT HAVING A VALID REGISTRATION PLATE.

**Remarks:** ABOVE DEFENDANT OPERATED ABOVE VEHICLE WITHOUT HAVING A VALID REGISTRATION PLATE.

I have served a copy of this Citation on the Defendant.
I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to the unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

Officer: TPR LATTANZIO        E-CERTIFIED        Officer ID No. 14417
THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE STATE POLICE        PAPSP6500   (215) 452-5216

## NOTICE TO APPEAR
YOU MUST APPEAR FOR YOUR SUMMARY TRIAL WHICH IS SCHEDULED FOR:

Month 12  Day 2  Year 2021  Time 1:00 PM  Location: 800 Spring Garden Street Philadelphia, PA 19123

### RIGHTS AND OBLIGATIONS

1. Within TEN (10) days of the issuance of this traffic citation you must:
   a. PLEAD NOT GUILTY by notifying the Philadelphia Municipal Court, Traffic Division in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $9.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
   OR
   b. PLEAD NOT GUILTY by appearing before a Judge/Hearing Officer and posting such collateral for your appearance as the Judge/Hearing Officer will require
   OR

# COLOR OF LAW!!!

Graphics by: StacyBey
All Rights Reserved 2020-2021

1. 18 USC 241 – Conspiracy against rights
2. 18 USC 241 – Deprivation of rights under color of law
3. 42 USC 1983 – Civil action for deprivation of rights
4. 18 USC CH 43 SEC 911 – FALSE PERSONATION US CITIZEN
5. 18 USC 1091 – Genocide
6. 42 USC 3617 – Interference, coercion, or intimidation
7. Art 1 Sec 9 – Constitution places limits on the powers of Congress, the Legislative Branch...
8. Art 1 Sec 10 – Constitution limits the powers of the states...
9. A.J. 16 SEC 177 2d SEC 256 – No law since written, Constitution violation... "CORPORATE policy is Color of Law"
10. 18 USC 1581 – Peonage; obstructing enforcement
11. SF-95 tort, COL, 3909 form, 211 form,
12. Hid the BANKRUPTCY – United States, Great-Britain, France, Germany, Italy, Spain, and Portugals

