# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACY SERRANO-BEY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-3147 |
| | : | |
| LATTANZIO, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of April, 2024, upon consideration of Plaintiff Stacy Serrano-Bey's Amended Complaint (ECF No. 20), and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

JOHN R. PADOVA, J.